JOSEPH A. ROSEN, Doing Business, etc., v. JACOB SEVILLE and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

W. IRVING HERSKOVITS FUR CO., INC., v. MICHAEL HOLLANDER.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

HY-MARK MANUFACTURING COMPANY v. NEW YORK STATE FIRE INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of the Arbitration between J. L. DE BALL & COMPANY SUCCESSORS, LTD., v. ROYAL TEXTILE COMPANY.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

BEATRICE P. TRENKMAN v. CLAIR SMITH, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

EVELYN BUILDING CORPORATION v. THE CITY OF NEW YORK and LA ROCCA CONSTRUCTION CORPORATION.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

KLASKO FINANCE CORPORATION and Another v. BELLEAIRE HOTEL CORPORATION and Others. ABRAHAM I. SPIRO, as Receiver, etc., and TEN EAST SIXTIETH STREET RESTAURANT CORPORATION.— Motion denied and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

PHILIP GOLDSTON and Another v. PARK LANE DRESSES, INC., Impleaded, etc.— Motion denied, without prejudice to an application at Special Term. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

MARY ETHERTON GUNNELL, Respondent, v. " GEORGE " ALBERT BAUMANN, First Name " George " Being Fictitious, etc., Respondent, and BORDEN'S FARM PRODUCTS CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

GEORGE J. FINGER and Another, as Executors, etc., v. ERIE RAILROAD COMPANY.— Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

GEORGE J. FINGER and Another, as Executors, etc., v. ERIE RAILROAD COMPANY.— Motion to dismiss appeal granted with leave to defendant to answer within ten days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Intermediate Accounts of Proceedings of BANK OF NEW YORK AND TRUST COMPANY (Formerly NEW YORK LIFE INSURANCE AND TRUST COMPANY), as Trustee, etc., of HORACE M. KILBORN, Deceased.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of FRANK GENTNER v. GROVER A. WHALEN, as Police Commissioner of the City of New York.— Motion to dismiss order of certiorari denied. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

MORRIS ZACK v. JEREMIAH ZADO NOORIAN and Others and EQUITABLE

Casualty and Surety Company, Appellant.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Samuel Davis v. New York Furniture Exchange Association, Inc.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Morris Zack v. Jeremiah Zado Noorian and Others and Equitable Casualty and Surety Company.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Bessie Balsam v. Graphic Realty Corporation. Isidore Balsam v. Graphic Realty Corporation.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Mendel Apotheker v. H. Kertzner Co., Inc., Impleaded, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Wilhelmina Schmitt v. Wallys Auto Service, Inc.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

The 665 Fifth Avenue Company, Inc., v. Lewis E. Macomber.— Application granted. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Best & Co., Inc., v. Myron Nathan and Another.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Leon Pollakoff v. Bernard Winthrop.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of an Application for Letters of Administration with the Will Annexed in the Estate of Solomon Schinasi, Deceased. In the Matter of an Application for Letters of Administration with the Will Annexed in the Estate of Betti Schinasi, Deceased.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Martha E. Armstrong v. Rogdon Holding Corporation and Others.— Motion granted to the extent of staying all proceedings on the part of the plaintiff pending the determination by this court of the appeal taken by the defendants from an order of the Supreme Court, New York county, entered on March 25, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Leo L. Lowy v. S. K. F. Industries, Inc., and Others.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Abraham B. Wernow v. William L. Rovner, as President of Columbus Circle Taxi Group, etc.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Martha Bradie v. Herbert Davis, Impleaded, etc.— Motion granted on condition that appeal be argued or submitted on April 17, 1931, if possible, and in no event later than May 1, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Alice Appelbaum and Another v. Carlton Land Sales Co., Inc., and Another. (David Belson, Plaintiff's Former Attorney, Respondent.) — Motion